UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

James Fulleton
Marilyn Fulleton

Case No. 09-03013-PCW7

TENDER OF FUNDS IN ACCORDANCE WITH FRBP 3010

Debtor(s)

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, FOR THE EASTERN DISTRICT OF WASHINGTON

There is tendered herewith the sum of $ 1.85    BEING

MONIES FROM CLAIMS WHICH RECEIVED A DISTRIBUTION OF UNDER $5.00 in this case. The claims entitled to these funds are listed on the attached Claims Distribution Small Checks report which is attached hereto.

This tender is made in accordance with FRBP 3010.

DATED: 11/10/10

/s/ Jeffrey Earl
Jeffrey Earl, Trustee

Printed: 11/22/10 09:54 AM

Page: 1

# Claims Distribution Small Checks

Trustee: JEFFREY B EARL (670180)

Case: 09-03013 - FULLETON, JAMES

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $1.85 |
| 920002319351 66 | 114 | 08/16/10 | 6 | 11/23/09 | 610 | PYOD LLC as assignee of Citibank | 97.76 | 97.76 | 1.85 | 1.85 |

(*) Denotes objection to Amount Filed

09-03013-PCW7   Doc 61   Filed 12/03/10   Entered 12/14/10 11:37:23   Pg 2 of 2